UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY J. GALLIGAN,

        Plaintiff(s),

vs.

WILLAIM G. BROSE; ALPHA OMEGA PAIN MEDICINE ASSOCIATES, INC.

        Defendant(s).

No. 08-5079 MHP

**ORDER REQUIRING AMENDED PLEADING**

    Plaintiff filed this action premised on this court's diversity jurisdiction, i.e., an action between "*citizens* of different States". 28 U.S.C. § 1332(a)(1). However, as to the individual plaintiff and the individual defendant, plaintiff merely alleges they are individuals "presently living in Castle Rock, Colorado" and "presently living in Woodside, California", respectively. It is hornbook law that the statute looks to the citizenship of the parties, not the residency. They are not the same. See Snell v. Cleveland, Inc., 316 F.3d 822, 824 (9th Cir. 2002); Jeffcott v. Donovan, 135 F.2d 213 (9th Cir. 1943). "Presently living in..." is even more problematic. It suggests a degree of transiency. It hardly meets the citizenship requirement. Thus, plaintiff's allegations are deficient and fail to state a basis for this court to exercise its jurisdiction.

    Accordingly, plaintiff shall within fifteen (15) days of the date of this order file an amended complaint properly alleging the citizenship of the individual plaintiff and the individual defendant. The allegations with respect to the corporate defendant satisfy the statutory requirements. If the

1

1  plaintiff is unable to allege citizenship that is diverse, he must dismiss the complaint and file his
2  action in state court.
3      IT IS SO ORDERED.

5  Date: November 17, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

2

**ENDNOTES**

3