ROGERS JOSEPH O'DONNELL
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
TIMOTHY J. GALLIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. GALLIGAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM G. BROSE; ALPHA OMEGA PAIN MEDICINE ASSOCIATES, INC.,<br><br>　　　　　Defendants. | Case No.  CV-08-5079 MHP<br><br>**STIPULATION OF DISMISSAL**<br><br>[F.R.C.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: February 13, 2009

ROGERS JOSEPH O'DONNELL

By: /s/ Paul M. Zieff
PAUL M. ZIEFF
Attorneys for Plaintiff,
TIMOTHY J. GALLIGAN

Dated: February 16, 2009

PAHL & McCAY

By: /s/ Ginger L. Sotelo
GINGER L. SOTELO
Attorneys for Defendants
WILLIAM G. BROSE and ALPHA OMEGA MEDICINE ASSOCIATES, INC.

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel

Stipulation of [Dismissal] ...5079 MHP

Page 1

276880.1